FILED

FEB 13 2015

DAVID CREWS, CLERK
BY _____ Deputy

ND Miss. Form P3, Complaint Challenging Conditions of Confinement (4/00)        Page 1

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI

Thomas E. Campbell
_____
         Plaintiff

v.

CASE NO. 1:15CV35-GHD-DAS

Angela Brown, Warden Banks, Superintendent Earnest Lee, Warden Morris
EA'AL          Defendant

### PRISONER'S COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT

1. The Plaintiff's full legal name, the name under which the Plaintiff was sentenced, the Plaintiff's inmate identification number, the Plaintiff's mailing address, and the Plaintiff's place of confinement are as follows:

   A. Legal name: Thomas E Campbell Jr.

   B. Name under which sentenced: Thomas E. Campbell

   C. Inmate identification number: 62115

   D. Plaintiff's mailing address (street or post office box number, city, state, ZIP): 29E, A-2 One, Bed-3 Parchman, Ms. 38738

   E. Place of confinement: MSP Parchman

2. Plaintiff names the following person(s) as the Defendant(s) in this civil action:

   Name: Angela Brown

   Title (Superintendent, Sheriff, etc.): Nurse Practioner

   Defendant's mailing address (street or post office box number, city, state, ZIP): P.O. Box 1057 Parchman, My 38738

ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)                    PAGE 2

Name: Mr. ~~Banks~~ Earnest Lee

Title (Superintendent, Sheriff, etc.): Superintendent

Defendant's mailing address (street or post office. box number, city, state, ZIP): P. O. Box 1057 Parchman, Ms. 38738

Name: Mr. Paige

Title (Superintendent, Sheriff, etc.): Officer

Defendant's mailing address (street or post office box number, city, state, ZIP): P. O. Box 1057 Parchman, Ms. 38738

Name: Mr. Banks

Title (Superintendent, Sheriff, etc.): Warden

Defendant's mailing address (street or post office box number, city, state, ZIP): P. O. Box 1057 Parchman, Ms. 38738

(If additional Defendants are named, provide on separates sheets of paper the complete name, title, and address information for each. Clearly label each additional sheet as being a continuation of Question 2).

3. Have you commenced other lawsuits in any other court, state or federal, dealing with or pertaining to the same facts that you allege in this lawsuit or otherwise relating to your imprisonment?  ☐ Yes   ☒ No

4. If you checked "Yes" in Question 3, describe each lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuit(s) on separate sheets of paper; clearly label each additional sheet as being a continuation of Question 4.

A. Parties to the lawsuit:

   Plaintiff(s): _____

   Defendant(s): _____

B. Court: _____   C. Docket No.: _____

D. Judge's Name: _____   E. Date suit filed: _____

F. Date decided: _____   G. Result (affirmed, reversed, etc.): _____

5. Is there a prisoner grievance procedure or system in the place of your confinement?  ☒ Yes   ☐ No

6. If "Yes," did you present to the grievance system the same facts and issues you allege in this complaint? (See question 9, below).  ☒ Yes   ☐ No

7. If you checked "Yes" in Question 6, answer the following questions:

A. Does the grievance system place a limit on the time within which a grievance must be presented?  ☑ Yes   ☐ No

B. If you answered "Yes," did you file or present your grievance within the time limit allowed?  ☐ Yes   ☐ No

C. The court must find that you exhausted the prison's grievance system and administrative remedies before it can consider this Complaint. State everything you did to present your grievance(s). Be specific. Include the date(s) on which you filed or presented your grievances to prison officers; identify the officer(s). State your claim(s) exactly.

See Attachment sent on August 13, 2014. Stamped Recieved! in this 1983 form.

D. State specifically what official response your grievance received. If the prison provides an administrative review of the decision on your grievance, state whether you applied for that review and what the result was.

because of Medical, this is a Multi Claim of Relief

ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)   PAGE 4

> **Special Note:** Attach to this Complaint as exhibits complete copies of all requests you made for administrative relief through the grievance system, all responses to your requests or grievances, all administrative appeals you made, all responses to your appeals, and all receipts for documents that you have.

8. If you checked "No" in Question 6, explain why you did not use the grievance procedures or system:

N/A

9. Write below, as briefly as possible, the facts of your case. Describe how **each Defendant is involved**. Write the names of all other persons involved. Include dates and precise places of events. Do not give any legal argument or cite any legal authority. If you have more than one claim to present, number each claim in a separate paragraph. Attach additional pages only if necessary; label attached pages as being continuations of Question 9.

1. When I entered the system in 2-10-11 I began to file about my hemorrhoids because the food stops me up.

2. The only thing that the Medical staff would give me is milk of Magnesia to help me go but I was still hurting extremely bad and bleeding when I go to the bathroom.

3. I came to Parchman Unit 3D on 8-17-11 and I continued to complain to Nurse Ford, Nurse Burchfield and to Nurse Brown.

4. Nurse Brown said that there was nothing wrong even though there is a piece hanging there and still is.

5. I saw Dr. Cabbe, Dr. Santos, Dr. Burke, Dr. Hochberg and Dr. Paul. They all said "Oh my God they are bad" and they never did anything but give me cream which I have told them

①

## Continuation of Question #9
### Part #1

burns me extremly bad

#6. The last 3 times I have been to See Nurse Brown about my hemorrhoids. Nurse Brown has forcefully inserted her finger with officer Paige holding me down with me screaming and hollering for her not to do it and to please Stop once she started. I have 4 Witt ness. Jason Robertson #85709, Christopher Smith, Timothy Hudspeh, Inmate Lensley. Angela Brown left the door open while her and Mr Paige held me down and did this. She told me if I Came Back Complaining about my hemorrhoids that she would do it all over again. Quoting Wood V. Strickland, 420

~~Second part~~

U.S 308, 95 S.Ct. 992 43. L.Ed.2d 214 (1975) "Malicious intent, the second part of the immunity test, includes acts which are "substantially certain" to result in the consequences of which the plaintiff is complaining."

~~Hill V. Marshall~~, 962 F.2d 1209 (1992) "The supreme Court has stated that punitive damages are appropriate under 42 U.S.C. §1983 "When the defendant conduct is shown to be ~~moxim~~motivated by evil motive or intent, or when it involves reckless or callous indifference to the federally protected rights of others". Smith V. Wade 461, U.S. 30, 56, 103 S Ct. 1625, 1640, 75 L Ed 2d 632 (1983)

7. I have had to deal with the mental anguish of having a woman rape me and having people I don't

Thomas Campbell
#62117

## Continuation of Question #9

even know come up to me and tell me that if I let her have me, I might as well let them.

According to Estelle V. Gamble "the conduct in question runs counter to evolving standards of decency or involves the unnecessary and wanton infliction of pain"

Smith v. Wade, 461 U.S. 30 (1983) "... punitive damages in tort cases may be awarded not only for actual intent to injure or evil motive, but also for recklessness, serious indifference to or disregard for the rights of others, or ever gross negligence."

## Second Part

1. I saw a surgeon in Flowood, Ms in May of 2013 and he said that I needed surgery real bad and I was informed that I was going to have surgery on my neck.

2. It has been 20 months and I cannot get any of the doctors Dr. Lavine, Dr. Brazier, Nurse Joyce Johnson, Dr. Hochberg, Dr. Cabbe, and especially Nurse Brown to talk about the continual pain I am in from the two bulging Disc between C5+C6 and C6+C7 and radiculopathy. which they all know about because I had a MRI in January of 2013 which showed all of this. Estelle V. Gamble, 429 U.S. 97 (1976)..."denial of medical care may result in pain and suffering which no one suggest would serve any penological purpose." "The infliction of such unnecessary suffering is inconsistent

Thomas Campbell
#62117

③

# Continuation of Question #9

with contemporary standards of decency as manifested in modern legislation ... required to care for the prisoner..."

3. I have medical slips included in this paper work where I constantly let the medical staff know that I am in severe pain feels like a knife stuck in my neck twisting it.

4. I have numbness and shooting pain in my left arm.

5. When I complain to Nurse Brown, she threatens to take me off of the pain medication that I am recieving now instead of trying to do something about the surgery.

## Part #3

1. Since Feb of 2014 I have lost down from 205 lbs to 158 lbs which is documented in Medical Records and at Central Miss. Medical Center.

2. Dr. Hochberg put me on a 3,000 calorie tray and a snack bag on 3-5-14 because I had lost down from 235 lbs to 205 lbs in a short peorid of time but the Michelle Watson has refused to give either one to me until 12-17-14 because she claims that she never got any paper work. Even though I shoued her an ARP and the paper work was faxed to her 4 or 5 times that I know for a fact.

3. I have an affidavid in here labled part #3 wrote by me explaining all of this.

Exibit E

**Campbell, Thomas  DOB: 05/08/1973  DOS: 02/08/2011/ROBERT C. STRONG, M.D.**

Mr. Campbell returns today for followup for neck and low back pain. He has disc protrusions identified on MRI and CT myelogram at C5-C6 and C6-C7 on the left with left upper extremity radicular pain. He complains of low back. He has also had pain in his left lower extremity. There is evidence on his nerve conduction studies and EMGs of peripheral neuropathy in his lower extremity. CT myelogram of the lumbar spine did not show any abnormalities.

PHYSICAL EXAMINATION:
Patrick's test is positive bilaterally more so on the left than the right. He is exquisitely tender over the left sacroiliac joint and mildly tender over the right sacroiliac joint. Extension with torsion of the lumbar spine produces non-concordant pain on the right and on the left. Concordant pain is just below the level of the iliac crest more or less in the midline. Additional history is that when he is lying flat on his back he has tremendous low back pain, which is relieved by getting his legs elevated on pillows. He continues to have radicular symptoms in his cervical spine. On the epidural steroid injections he gets three or four days of relief out of each one. I have discussed surgical referral with Mr. Campbell. I feel that he should be evaluated by surgeon to assess his cervical spine pathology at C6-C7 and C5-C6.

IMPRESSION:
1. Disc protrusion at C6-C7 with foraminal stenosis on the left at C6-C7 and C5-C6 with radicular pain left upper extremity.
2. Bilateral sacroiliitis.
3. Lumbar facet syndrome.
4. Peripheral neuropathy with left lower extremity pain.

PLAN:
1. Surgical referral to evaluate cervical spine pathology at C5-C6 and C6-C7 and his radiculopathy.
2. Bilateral sacroiliac joint injections. Hydrocodone 10/325 mg one p.o. q.i.d. p.r.n. pain. He is given prescription #120 with one refill. We will schedule him for bilateral sacroiliac joint injections and return to clinic in eight weeks in case his sacroiliac joint injection is not approved by the Workmen's comp company.
3. Neurontin 300 mg two to three times day.
4. Baclofen 10 mg one p.o. t.i.d. He _____ that he was on baclofen 20 mg t.i.d.

DD: 02/08/2011    DT: 02/09/2011
RCS/sre/dvk

Part #3
Continuation of Question #9

Thomas Campbell                                    Date _____

            V
: Angela Brown
: Warden Morris
: Warden Banks
: Earnest Lee
: Officer Pargo
: Officer Hodges

                    Affidavid

This is a voluntary affidavid a declaration of facts written down by me, Thomas Campbell, and sworn to by me the declarant, Thomas Campbell, before an officer authorized to administer oaths, such as a notary public.

When I got off the transportation bus on 12-8-14 I informed the transportation officer that I had to use the bathroom and that it was hurting because I had been in a wreck and severed my ureatha tube comming from my bladder and I had a Catheada in for over 3 months while it healed and it causes extreme pain when I have to try and hold it. He said fine let me remove the chains and you can go. I was looking at the toilet no more that 10 ft. away and officer Fred Walker told me that he was going to call roll before I could use the bathroom. I waited painfully. When he found out that my name was

Thomas Joseph Bell<br>#6247



Part #3

Campbell, he then told me that I had to carry my 3 big bags by myself from over by the bus to the property room by myself with the cane all by myself. Walker informed me that he was going to throw away most of my property. Officer Walker and Officer Hodges destroyed my property throwing it this way and that way while they were going through it. All they did was open all the other inmates bags and tell them to go ahead and get dressed. When I went to pick up my property, I was putting it in the bag slowly and organizing it because it was completely destroyed. Officer Hodges and Walker Grabbed me and shoved me into the holding cell and pushed me down onto the bench. I was sitting there looking up at officer Hodges with my hand besides my sides and he hit me on the right side of the head and told me not to look at him while he was talking to me. He told me to get out there and get my stuff up in 2 min. or they were going to stomp me to sleep and throw all my stuff away. I ask the nurse who was over there checking us in what was their names and what had she seen and she did not see nothing and did not know their names. Then when I went over to see Nurse Brown to so she could continue my meds. I came back to the property room they had a stack of peanut butter sandwiches with my property and a brand new pair of 13 shoes because I had on 15 and I really wear 13. Nurse Brown wrote

me several medications that I still have not recieved and this is 12-12-14. I recieved tylenol and Dylantan on the 10th but no tets for my legs. I still have not recieved the Backlofen that help with the pain. I dont have anything to help me go to the bathroom, Nurse Brown said she wrote Ducolax which I have not recieved. I borrowed some Milk of Magnesia but I am still having to strain and it is making me bleed and hurt real bad. I have not recieved my 3,000 calorie tray or my snack bag since I got here because Michelle Watson who runs the kitchen refuses to give it to me. I showed her a copy of the A R P which I filed in March of 2014 and did not get a finalization on until 11-20-14 and she said that she did not care what Superintendent Earnest Lee said. and to Warden Banks explaining everything (copies Exbit C) sent out 12-14-14 and I have not heard anything back. I talked to Lt Ferry and she told me that the kitchen no longer gives out the 3,000 calorie trays even if they are prescribed by a Doctor. In Estelle V. Gamble 429 U.S. 97 (1976) "an to ensure that prescribed care is in fact delivered." I asked sergeant Williams on Dayshift in 29E on 12-12-14 to call the nurse and get her to bring my medication and she said it was not her Job. I even showed her my feet and legs and still she did not care. In Estelle V.

Gamble, 429 U.S. 97 (1976) "An inmate must rely on prison

Case 3:15-cv-00035-CMR-DAS Doc #: 1 Filed: 02/13/15 12 of 82 PageID #: 12



authorites to treat his medical needs; if the authortes fail to do so, thoes needs will not be met." On 12-8-14 I again went to the tray hole to try and get my snack bag and Seargent BarBra Johnson tryed to spray me with mace becaus I was hollering into the tray hole because the inmate who was giving them out had left the tray hole. I tryed to show her ARP-14-1787 where Superintendent Earnest Lee said that everything had been straightened out on 10-6-14 and she did not care. I was first prescribed the 3,000 calorie tray and Snack bag on 3-5-14 by Dr Hochberg because I lost down from 235 lbs to 205 lbs in a short peroid of time. I have not recieved my snack bag except on Fridays + Saturdays when Michelle is off, because she says that my name is not on the list. I have had medical fax a copy of the form at least 10 times and I have personally watched them do it 4 or 5 times. Since 3-5-14. A fax goes straight through at most an hour to go through so why wasn't it put on the list. Estelle V. Gamble, 429 U.S. 97 (1976) ("prison authorties were indifferent to his medical needs, and as that as a result of that indifference he has been mistreated and his condition has worsened."

Aldridge V Montgomery, 753 F.2d 970 (1985) "Deliberate indifference sufficent to make a constitutional violation is shown not only by failure to provide ~~prompt medical care~~ prompt attention to medical needs ..., but also by

⑤

"intentionally interfering with treatment once prescribed."
From Feb of 2014 I lost down from 205 lbs to 158 lbs
in Sept. 2014 in which is documented in Medical Files and
in Central Miss. Medical Center hospital. I filed an ARP
which is a greviance in March of 2014 and did not recieve
the finalization until 11-20-14 which clearly states
that I should have been recieving the 3,000
calorie tray and the snack bag which was and
is being denied me. I am getting the snack bag
only because one of the medication Nurses, Nurse
Caseman brought me a copy of the prescribed order
on 12-17-14 even though she was told not to. However
I am still not recieving the 3,000 Calorie tray which
is on the pprescribed order. Exibit D. On Friday
Night 12-12-14 Barbra Johnson wrote me 3 RVRs
Rule Violation Reports. I have been RVR free since June 2013
I have never had an RVR for yelling or fighting with
an officer. I may have become upset, but what do you
expect when someone trys to spray you with mace for
trying to get something that is prescribed to you and
you have an ARP saying that you should have been getting
the snack bag for almost 9 months. I kept telling Nurse
Brown that I was not recieving my snack bag or my
3,000 calorie trays and she kept telling me that I
was not under weight and that I was just losing
weight because of the medication that I am on. even

though I continually was losing weight every time I go into medical. The only reason she rewrote it this time on 12-8-14 is because I told her that the hospital and Dr. Brazler wrot it for me to keep me from losing so much weight. I talked to Lt. Terry again on 12-15-14 and explained every thing to her, about my diet tray and snack bag, RVR's every thing. She went to medical and checked and James Mack was there inmate # 77523 and heard Nurse Brown tell her that I was reordered the 3,000 calorie tray and snack bag on 12-8-14 but when I asked Lt Terry on 12-18-14 she said that Nurse Brown said that it had to be reordered, so I showed her the printout that Nurse Case man had gave me and she still would not do any thing about my tray which she had told me when I get proof she would make sure that I recieve it. Inmate James Mack who has crohnes disease and is severly under weight is also prescribed the 3,000 calorie tray and is not recieving it. On 12-17-14 I went to medical to see Dr. Meacham and told him how much pain I was in because of my ankles, leg and feet and told him I was bleeding every time I go to the bathroom. Then I told him that I was not recieving my backlofen and he said that it was ordered and I should be recieving it. He ordered me some ducolax for about 3 weeks, which I need every day. He also told me that he would increase my pain meds if I did not get any better, but he would

Thomas Campbell  Continued Mississippi Question #9

#62117          Part #3



not give me a lay-in to help keep me off of my legs and ankles. I put in 2 more sick call about my ankles and to tell them that I was bleeding on 12-17-14 but they did not call me, so on 12-22-14 I told the officer that I was bleeding would she tell medical when they called for sick call. So Medical called me to the clinic and I went in to see Nurse Brown and I was trying to explain about the bleeding and my ankles. She said that I was only there for the bleeding and if I did not shutt up she was going to throw me out and I asked her to please give me a lay-in so I could stay off my feet and legs and then she threw me out. I asked her to please check my blood level and she got the officer to remove me and put me in a cell. I went to Unit 42 Hospital on 12-23-14 to have my blood drawn and they gave me a stool sample kit and told me to turn it in to the Medication Nurse. The stool is solid black and there is red blood in it. I have been trying to give it to the Nurse but she won't take it. She said she was going to send EMT's to pick it up and now this is is 12-27-14 and I still have the sample. Estelle V. Gamble "The Court recognized, *457 as it has in Estelle, that the state has a constitutional duty to provide adequate medical care to its prison inmates"

State of Mississippi
County of _____

Date _____

Thomas Campbell
Affirmant                    1-6-15

SuBSCRIBed AND SWORM TO Befor Me, This _____ day of _____

_____
Notary Public

My Commission Expires _____

Thomas Campbell
#62117

## Continuation of Question #9
## Part #4

1.) My feet and Legs and ankles swell so bad when I am on them and they hurt me so bad I can't stand it because it is unberable.

2) They have been swelling like this for 11 months straight.

3) The swelling has gotten better since I was in C.M.C.F. 720 Facility, but the left leg, foot and ankle will swell any time I put a sock, shoe or any kind of pressure on it.

4.) I am in constant pain on the left side, more pain than I have ever been in my whole life,

5.) I have been trying to get help by putting in medical slip after medical slip most of them they just throw away.

6) The veracros vein on my left leg is 3 inches wide and over 6 inches long and pokes out about 1 inch and is getting worse and worse the more I stand, the more I have to strain going to the bathroom and the more I have to walk going back and forth to get my food. because Angela Brown refuses to give me a lay-in, she says that she is only allowed to give lay-in to people who have had surgery and that is a lie I know that bed #13 and Bed# #15 and #23 on 29 E Azone all have permenal lay-in and have never had surgery.

7.) My left foot I cannot feel my toes and my ankles

feel like they are in a bear trap and some body is
pulling on them.        12-29-14

8) I went to medical today because I begged Sergent
Williams to call for me about my legs and I explained
to Angela Brown how bad especially my left leg
has gotten and I explained how the New tets
for circulation that I got were makeing the pain even
more unberable and I begged her for a lay-in because
I can't even wear my shoes or socks without
making the pain worse and she refused and all
she did was order me another pain of tets which I
showed her that I had the brandnew pair and she
sent me out.

9.) She saw how bad my foot and leg is and so
did the Nurses on duty and they did not care.

10.) I am afaird that the vein is going to bust and
I will die before anybody can get here to help
because nobody really cares if I die or suffer
like this.

11.) Miranda V. Munos 770 F. 2d 255, 259 (1Cir. 1985) "upholding denial
of judgement n.o.v. where it could be found that defendants ignored
a clear warning that the medical treatment for plaintiff was inadequate,
allowing him to deteriorate beyond recovery") Duncan V. Duckworth 644 F2d
653, 654 (7Cir. 1981(" While the inital failure to properly diagnose
(plaintiff's, prisioner) injury may be attributable to no more than an error in
judgement ... the failure to promptly schedule surgery, once the need for
it was recognized and in the face of plaintiff repeated complaints of
severe pain, ... gives rise to at least an inference of deliberate
indifference")

Thomas Campbell
#6211



Re- Medical Visit on August 28th of 2014
Continuation of Question # 9
Part # ⓞ 5

After putting in 3 request and waiting for over a week and I cannot hardly walk because of the swelling in my m feet legs and ankles. I tried to explain which was obivous about my feetleg and ankles and about the rash on my legs and Nurse Brown told me to shutt-up, she told me that the rash was because of the tets which are suppose to help circulation, but then I showed her the rash on my upper legs and arms, so she again told me to shutt-up in front of Nurse Burchfield and inmate Farley # 39211. I asked her about refilling some of my medications that ran out the end August and she just kept telling me to shutt up. Then I asked her why they had never checked my stomach after two hospital visits and then she said that I was showing out and acting ugly, but all I was doing was trying to find out about my body. She again told me to shutt-up and that she was going to inject me with haladol and I informed her that I was illergic to it and she said she did not care and that it would not kill me even if I was illergic. I told her that I had been put on it in Simpson county jail and had to be taken off of it because it was making my tounge swell and walk croked for 2 or 3 days. She told Officer Paige

Thomas Campbell
#62(ı)

②

## Continuation of Question #9

pto hold me down and I continued to refuse, so they called Captain Morris. Captain Morris put me in a holding cell and called Officer Dudley and Captain Morris told me that he had no choise, if I did not comply they were going to put me in the hole and hold me down and inject me any way. I was then shot up with naladol and sent back to the unit to suffer from the illergic reaction and never treated for the swelling

ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)          PAGE 5

_____

_____

_____

_____

10.   State briefly exactly what you want the court to do for you. Do not make legal arguments. Do
      not cite legal authority.

1) I want to have some pain relief not necessarily pain free
2) I want to have hemorrhoid surgery because I am
tired of suffering with the pain everyday all day.
3) I want surgery on my neck or to at least go
to a pain clinic and get steriod injection.
4) I want to find out why I am losing weight and
cant keep weight on.
5) I want to know why my feet and legs are swelling so
bad and I want my left leg treated before it gets so
bad it has to be removed or worse.
6) I want the court to give me something for all
the pain and suffering that I am having to deal
with everyday. Cruel and unusual punishment
7) I want MDOC Medical System investigated.
8) I want to press charges on Officer Hodges for
hitting me in a defence state.

This Complaint was executed at (location):  29E A-zone Parchman, Ms.

and I declare or certify or verify or state under penalty of perjury that this Complaint is true and correct.

Date:  12-29-14                                   _Thomas Campbell_
                                                      Plaintiff's Signature

Exhibit C

To: Superintendent Earnest Lee          12-14-14

From: Thomas Campbell # 62117

and To: Warden Banks

I have a few things that I need to tell you
and a few things I need you to do for me. I
am going to send you a copy of my ARP 14-1787
that I filed back in March or April of 2014
and did not recieve a ~~copy~~ findization until
11-22-14. It is only suppose to take 75 days. I
was put on a 3,000 calorie diet per meal and
a snack bag at night on 3-5-14 by Dr. Hochberg
our old Medical Director, because I had lost down from
235 lbs to 205 lbs in a short period of time. I have
not recieved either except on special occasions
when Michelle Watson who works in the Kitchen.
was not there. I filed the ARP to get everything
straightened out but it took almost 8 months
for an answer and even when I showed
the ARP to    Next Page →

Exibit C

Thomas Campbel

# 6211)

②

Michelle on 12-8-14 she told me that she did not care what Roger Davis *or Earnest Lee* said and she would not even go look at the list. Nurse Practioner Angela Brown put me back on it for another year on 12-8-14 and they faxed it to the dinning hall. A fax goes straight to the kitchen the same day. I have been denied my prescribed medical care. During this time I lost down from 205 lbs to 158 lbs which I weighed at Central Mississippi Medical Center in September of 2014 which is all documented. When I was in the hospital CMMC and Greenwood Leflore they put me on double up trays because they said I was severely under weight. and then when I got to CMCF 720 facility Dr. Brazier put me on double up trays and a snack bag

Exibit C

Thomas Campbell
# 6211 ③

(The Kitchen)

each meal. They did not want to give me the double up trays but he called over there and told them that it was nessairy medical care and the kitchen at CMCF. gave it to me the whole time I was there. I went from 158 lbs back up to 172 lbs. Now I get back here and I am having the same problems all over again with Michelle in the kitchen. Michelle was off on 12-12-14 and I went to the tray hole to get my snack bag because when Michelle is off the inmate that usually gives the snack bags out knows that I am suppose to get one. Seargent Barbra Johnson tryed to spray me with Mace because I was hollering in the tray hole to get my snack bag because the inmate had left the tray hole. I had already showed her the A.R.P. on 12-8-14 and tryed to get her to get

Thomas Campbell
#62117

④

Exibit
C

the Michelle to give me the snack bag or to call
a Lt. or Captain and she told me to sit down and
get out of her face. She wrote me 3 RVR about
disobeying a direct order and being Abusive
+ disrespectful and I have never had an RVR
for messing with the staff. Also above my
name where I signed I put No Cussing above
my name and she wrote me an RVR for Negligent
or deliberate destruction. I never said one
cuss word the towards her because I made sure
I know better. I know she was waiting for an excuse
to write me up. That is not the first time she has
threatened to spray me with mace because I came
to the tray hole on 3-7-14 I wrote it down.
I know better than to be disrespectful. I havent
had an RVR since 6-29-3, I have been trying to see
how long I can go RVR free. She allows a lot of

Exibit
C

Thomas Campbell

# 62117

things to go on for certain people but she makes sure

I don't get a snack bag all the way back to

March. Just to see if Michelle will ever correct

the list. This is not the only thing that I have

going on. When I came in Officer Holt with 12-8-14
Hodges

Field off. Hit me on the right side of the face.

I wrote an A.R.P. as soon as I found out his

name and I do want to Press Charges

I had a lot of wittness. It will take for ever

for the ARP to go through because I have two

ARP infront of it and look at How long

ARP-0082 took to be finished and for somebody 1787

to let me know almost 8 month.

I would like to talk to you.
because I have a lot of medical problems that need to be seen to.

I also want you to help me get my

3,000 calorie trays where they are suppose

to be a double portion of everything

but the meat.

Exibit C

6

Thomas Campbell
#62117

according to the papers I read at CMCF 20 that were to be faxed to the kitchen and here at 29 Clinic. The paper work that the medical staff refuses to give me here, I also want you to get rid of the RVR because why should I be punished for trying to get proper medical care that was prescribed that is being intentionally taken away from me. As long as I have been going to the TRay hole and Trying to get my snack bag from Michelle 3-5-14 to now on come on she (Michelle) should have checked it out, or the medical staff should have called over there to inform her they both work during the day. I want to get the 3,000 calorie tray that has been prescribed to me so I don't end up sick and throwing up blood again. I almost died. I completely threw up all my blood and my veins collasped. They were putting 2 pints of blood in

Exibit
C

Thomas Campbell
#62119

⑦

for 2 weeks. I have a 20 year old
son that I want to get out and spend some time with

"An inmate must rely on prison authorities to treat
his medical needs; if the authorities fail to do so,
those needs will not be met. In the worst cases,
such a failure may actually produce torture or
a lingering death." Estelle V. Gamble, 429 U.S. 97 (1976)

I am sending you a copy of 3 pages just to show
you how my Civil Rights are being violated.
I am sending this through ILAP Legal to
ensure that you recieve this. Then it is up
to you what happens next.

And I don't want any more
retalliation by Guards

like Seargent Holly

or Johnson for
that ARP against

Nurse Angela Brown

Thank you
Thomas
Campbell
#62119



Exibit C

Thomas Campbell
#62117

I talked to Lt. Terry on 12-15-14 and on 12-14-14 and on the 11th about the 3,000 calorie and the Snack bag that is being refused. Finally on 12-15-14 Lt. Terry went to Medical and had them check the compulter to see if I was telling the truth and James Mack was there and saw them tell her that I was prescribed the 3,000 calorie tray and a snack bag at night. James Mack is also prescribed both and he is recieving the snack bag but no Tray. He has crohens disease and is severly under weight like me. Why is the extra food that was prescribed to us being taken away when we really need it for our health.

Jason Robertson, Was present at unit 29 clinic

I, Jason Robertson, was present at Unit 29 Clinic on 5/8/14, while Thomas Campbell was having an examination by Nurse Angela Brown.

I overheard Campbell screaming in obvious pain from Mrs. Browns actions. She stated, "If you come up here again with this complaint, I'll do it all over again."

Jason B. Robertson
# 85709

Thomas Campbell                              Date _____

     V

· Angela Brown
· Dr. Brazier
· Ron King
· Warden Morris
· Warden Banks
· Superintendent Earnest Lee

## Affidavid

This is a voluntary affidavid a declaration of facts written down by me, Thomas Campbell, and sworn to by me the declarant, Thomas Campbell, before an ~~officer~~ officer authorized to administer oaths, such as a notary public.

    I went to medical on 11-3-14 and saw Nurse Giles she set me an appt. to see ~~the doctor~~ because my legs, feet and ~~ankles were so bad my flip flop was ru~~ swollen ankles were so bad that my flip flop on my left foot even with my sock on was rubbing a blister about 2 inches long. I showed this to Nurse Giles and to Nurse Practioner Joyce Johnson when I saw Nurse Johnson on the 10th. I could not wear shoes because my feet were swollen twice as big as the shoes and any kind of touching or pressure on them causes me an extreme amount of pain. I kept telling the tower officers about the pain and swelling and every time they called medical, medical would say to put in



another sick call. I kept showing Nurse Patrick, who comes to 720 Facility Building B2, D-zone transit everyday to talk to the people with medical problems. She kept telling me to prop my legs up and stay off of them so the swelling would go down, but the swelling never did. Nurse Patrick also kept telling me to put in another sick call but she never once did anything to help me with all the swelling and pain that I was in. When I saw Nurse practioner Johnson on the 11-10-14 she said she would talk to them about a wheelchair. She also said that she was going to talk to Dr. Brazier about increasing my neurottin and backlofen or putting me on something stronger for pain. Then when I told her about me being in the hospital bleeding for two weeks and that I was still bleeding when I go to the bathroom she said that I was telling her to much and she would only treat me for so much and that it was time for me to leave so she could see someone else because it was getting late. Again on the 12th I passed red blood and I flushed 3 times and filled up the toilet 3 times. I saw Dr. Brazier on 11-14-14 and told him and showed him my ankles feet and legs and told him tha I could not walk, stand or sit without being in severe pain. He told me that they had x-rayed my chest and heart and nothing was wrong with my heart and he did not know why there was so much fluid building up and not going down. I asked him about

the wheelchair that Nurse Johnson had mention and he said that they would not let them give me one. I then asked him about the pain medication and he said he would have to talk to Nurse Johnson and She said she would talk to him 4 days before, so I knew he was putting me off and did not care how bad I was really hurting. I asked him why I had to be in so much pain and suffer and he said that some of the inmates would kill to be on neurottin and backlofen and I told him that I would kill to have them fixed so I did not need the pain meds. because it is to a point to where the pain is unbearable even with the neurottin and backlofen, so he said he would increase my neurottin and the back lofen when he talked to Nurse Johnson, which never happened. When I mentioned the two buldging disc at C5+C6 +C6+C7 and that I had seen an outside sefagron in Flowoods, Ms a 1 year and a ½ ago. THe reason that I am getting the neurottin and Backlofen and that The Sergon had said that I need serguary and that they agreed to do surgery, but I never got it. He said that he did not know anything about it. Then I mentioned about me passing all the red blood almost everytime I go to the bathroom and he acted like it was no big thing. I told him what Dr. Hochberg told me about the pollup and that I needed a biopsy done on it to see if it was cancer because of all the colon cancer on my mothers side

④

of the family and about it being the first cancer that my mother was diagnosed with. I also showed him the pictures that I have from Greenwood Leflore Hospital of the pollup in my colon and he changed his story because he had originally told me there was no pollup in my colon because that is what CMMC hospital had told him. He then told me after a lot of typing on the computer for a while he showed me on the computer where CMMC had done a biopsy and there was no cancear in my colon. He also said that CMMC had said that there was no sign of old blood or any sign of new blood when they scoped me, but while I was there for the first 5 days everytime I went to the bathroom which was a lot because I ~~drank~~ drank 5 gallons of golyte which is an extremely powerful laxitive, I would flush two or 3 times of old black blood and then 2 or 3 flushes of fresh red blood and they were putting 2 pints of blood in me everyday except for the last two days and then moved me to a regular room out of I.C.U. and then in the regular room they gave me blood the first night I was there because my blood count was low. He then told me that everything ~~was~~ else was normal according to CMMC and said that I did not even have hemorrhoids so I showed him the pictures. So I showed him the pictures of my Grade II internal after



and external hemorrhoids, so he again changed his story but he could not understand why everything on the computer about the bleeding, the old blood and the hemorrhoids was different according to CMMC. He made out like he thought maybe CMMC had sent somebody else's records. from Greenwood Leflore Hospital

He made out like he was going to get CMMC phone number and then he looked at the computer and began typeing and he said wait a minuite here it is and then he did a lot of typing for about 10 or 15 minuites at least it seemed that long. He then began to tell me that CMMC had done a biopsy on my colon and they never asked me or told me that they were going to or that they did, and to convince me that everything that CMMC did they said there was nothing cancerous in me from head to toe and nothing wrong with me from the head to waist. He did not know what was causing all the swelling in my legs feet and anklers or the pain and did not answer any of my questions about why or trying something to help or find out what was causing it or sending me somewhere to someone who could find out what was causing it. So he began to push me out the door while telling me that he would talk to Nurse Joyce Johnson about increasing my neurottin and back lofen when he is the doctor. He kept telling me that he was real sorry that Dr. Hochberg had made out like I, probably had cancer. Dr Braizer said that he knew



So I know they are either throwing my slips away or the medical staff is just not answering my calls for help. In Estelle v. Gamble 429 U.S. 97, 97 S. Ct. 285, 50 L.Ed. 2d. 251 (1976) "Deliberate Indifference to serious medical needs of prisoners constitutes the "unnecessary and wanton infliction of pain" prescribed by the 8th Amendment. This is true whether the indifference is manifested by prison doctors in their response to the prisoners needs or by prison guards in intentionally denying or delaying access to medical care or intentionally interfering with the treatment once prescribed." Parrish v. Johnson, 800 F. 2d 600, 611 (6th Cir. 1986). This court has held that a plaintiff with an ~~Eith~~ Eighth Amendment claim ~~may~~ may recover for any injury caused by a denial of medical care and any concomitant pain, suffering, or mental anguish." On 11-27-14 I went to the bathroom and even though I drank Milk of Magnesia and took 2 stool softners and two ducolax the day before it was still so painfull, that I have to grit my teeth and squeeze around my ~~ankles tha~~ knees when I pass the stools and the pain does not ease for over half of the day even with all the pain medication I take each day. I talked to Nurse Patrick on 12-1-14 and she said that my appt. at the clinic was cancled and that she would talk

8

to the clinic about reschudleing me another appt.
Now on 12-2-14 I passed some more stools and I
am passing a lot of blood too and hurting so bad
I can't stand it. This is just about every single
day I have to go through this, My Left leg is getting
worse and worse everyday the veins are buldi bulgeing
out almost an inch right above my knee and
about 4 inches long and the swelling is not going
down or getting any better. I have rubbed a scar
on my left foot from wearing th my flip flops even
with a sock on because the swelling is getting
so bad and I have showed this to all the
medical staff and they dont even care, On 12-1-14
I talked to superintendent Ron King in CMCF 720
facility and showed him my feet and legs and
he said he would talk to Medical. It is getting
so bad I can't hardly walk and I still have
not recieved a lay-in. I showed Nurse Patrick my
feet and legs two different times and she told me to
put in another sick call. I also told her about my
hemorrhoids and me bleeding and she said that she looked
in the computer and the clinic had already seen
me for that one time and they were not going to
call me in for that again. I finally went to medical about
my neck and my Me not recieving my backlofen which
is prescribed until 5-11-14. I have not got it since
11-23-14. They keep telling me that the pharmacy



has not filled the order yet. I still have not recieved it except 3 times when I came in around 12-15-14 Ms. Caseman one of the ladies that gives out. the medications but other than that it is wrote to help with the pain until 4-1-14 by Angela Brown and I still am not recieving it on 12-22-14. Nurse Monte told me that they were setting me another Dr. appt, and they did not know why I had not already seen him. Somehow my appt was taking out of the computer. On 12-4-14 they called me to go to medical with about 7 other inmates to see the doctor and instead of leaving me in the front holding cell with the other inmates I was taken to the back by my self to see Nurse Giles for a sick call and she told me again that I was going to be reschudeing for yet another dr. appt. On 12-5-14 I asked the Guard in the tower to call medical about my left leg because it was burning so bad that I coud not stand it and my hemorrhoids were causing extreme pain. I also asked him to ask them about my teds for my legs to help with the circulation and he said that medical would get back with me.
Estelle V. Gamble 429 U.S. at 103, 97 S.Ct. at 296. "Thus the state has a constitutional obligation to provide adeqate Medical care to thoes whom it has incarce rated."

Ancata v. Prison Health Services, Inc., 769 F.2d, 700 (1985)
"Deliberate indifferance to serious medical needs is shown
when prison officals have prevented an inmate from
recieving recomended treatment or when an inmate
is denied access to medical personel capable of
evaluating the need for treatment."
Estelle v. Gamble, 429 U.S. 97 (1976)
"On at least one occasion a medical prescription was not
filled for 4 days because it was lost by staff personnel"

_Thomas Campbell_
A f f i r m a n t

Suscribed and sworn to before Me, this __1-6-15__ day of ____

__Notary Public__

My commission expires _____

Thomas Campbell                    Date 12-28-14

          V
Angela Brown
Warden Morris
Warden Banks
Superintendent Earnest Lee
Dr. Meacham
Dr. Levine

                    Affidavid

This is a voluntary affidavid a declaration of facts written down by me, Thomas Campbell, and sworn to by me the declarant Thomas Campbell, before an officer authorized to administer oaths, such as a notary public.

I went to Unit 42 Hospital at Parchman on 9-29-14 for a follow up about my lungs an a blood test for my medication. I had been brought to Unit 42 on 9-26-14 to have my head sew up because I had passed out trying to go to the bathroom because I was throwing up blood. When Dr. Meacham ~~Abaham~~ sew me up I told him that I had been throwing up blood a lot of blood and he told me to just wait because I had an appt. on 9-29-14 and they would let me see a doctor then. On 9-29-14 I saw Dr. Levine he took a stool sample and it had blood in it, so he wanted to send me to Greenwood Leflore Hospital, but I tried to get back on the transportation bus. On the way I broke out in a cold sweat and fell out throwing up blood all over the place. The medical staff tried to put an I.V. in me but all my veins had collasped, so

②

they rushed me to the Greenwood Leflore Hospital and strated putting blood in me about 4 plnts. They put blood in me, two pints every day for a week and scoped me top and bottom and could not find where I was bleeding so the y took me to Central Mississippi Medical Center in Jackson, Ms and did the same thing for another week, even made me swallow a pill that takes pictures and could not find the leak. They did find a anorectal polypid mass and a Bloody mass in my colon, grade II internal and external hemorrhoids. A hiatus hernia was found in the esophagus. But all I was told was that they found a little tear in my colon which later I found out from Dr. Hochberg was a lie. My blood count stayed good for two days so they said I was cured. When I arrived at CMCF 720 Facility I saw Dr. Brazier and my blood pressure was only 80/45, I was so weak I could barely walk or know where I was at. Dr. Brazier told me that if I started to bleed to let the guard tower know and they would call the clinic and get me to the clinic. I did not go to the bathroom for 4 days. It got so bad that I was throwing up my food because there was no where for the food to go because I was eating every thing in sight. I told the tower and the clinic told me to put in a sick call. I put in several and nothing. I even walked to the clinic and asked them to please give me a cup of Milk of Magnesia and they kicked me out of the clinic. So I finally borrowed some LactaLose from another inmate and went to the bathroom about 7 or 8 times and it was mostly black with black water which was what the hospital told me was old blood that had stayed in me awhile. I finally got

on 10-15-14

to see Dr. Brazler again and he told me that the reason that I could not go to the bathroom and the black water was the Iron pills that I was taking so I stopped them immediately. I told him that I was not going to the bathroom and that nothing was even comming down to my colon to even make me feel like I had to go. again it was the Iron pills and he still would not give me nothing to go to the bathroom. Again I saw him on 10-20 or 21-14 and he told me that the black was still the Iron pills but I explained to him that I had quit taking the Iron pill the last time that I had saw him, I had only been to the bathroom. Twice when I saw him on the 20th or 21st of Oct. then I begged him to give me something because it had been 4 days since I had gone to the bathroom and my stomach was hurting so bad, so he gave me something in a clear 12oz bottle and I still did not go until the next day, but he would not write me anything so I could go every day, and it was mostly a lot of black water. I went back and saw Dr. Hochberg on the 23rd of Oct. and my blood count was low and he ordered me some pain medication tylenol 3 with codene, which Dr. Braizer had told me that he ordered and had not ordered. Dr. Hochberg also told me that they were lieing about the tear in my Colon. That I really had a polloup in my colon and they were suppose to do a biospy which had not been done yet to make sure that it was not cancer. He wrote the pain medication because my legs, ankles and feet were swelling up to twice the size they are suppose to be and for the recent head injury. My legs

10/03/2014

**Greenwood-Leflore Hospital**
**Colonoscopy patient report**



THOMAS CAMPBELL
MDOC, 723 N PRESIDENT ST
JACKSON, MS 39202
MRN-543524

Dear THOMAS CAMPBELL:

You have undergone a Colonoscopy procedure performed by Dr. GEORGE VIRGIL SMITH.

**The summary conclusions and images from the procedure include the following:**

**Summary/Impressions:**

* Diverticulosis found in the rectosigmoid junction, sigmoid colon, and descending colon (562.10).
* Internal and external grade II hemorrhoids found.



Blooby Mass in proximal colon  ileo colonic jct   Anorectal polypoid mass / thromb



External Hemorrhoids

Please note the potential after effects documented in the attached Discharge Instructions sheet that you reviewed prior to the procedure.

**Recommendations:**

* Colonoscopy recommended.
* If new bleed occurs bleeding scan andrescope anorectal area.
* Continue current medications.
* Follow-up appointment with referring physician.

Reports of your procedure and these recommendations have been sent to:

* Dr. VIVEKANANDA S ADIKE (Referring Physician)

If specimens were taken during your procedure, they may take several days to be analyzed. Call your doctor's office in ten days

if you have not received your results.

Recommendations on this form were provided to the patient or patient representative by:

_____

**Date**

09/30/2014

# Greenwood-Leflore Hospital
## Esophagogastroduodenoscopy patient report

THOMAS CAMPBELL
MDOC, 723 N PRESIDENT ST
JACKSON, MS 39202
MRN-543524

Exibit B

Dear THOMAS CAMPBELL:

You have undergone a Esophagogastroduodenoscopy procedure performed by Dr. GEORGE VIRGIL SMITH.
**The summary conclusions and images from the procedure include the following:**

**Summary/Impressions:**

* A hiatus hernia was found in the esophagus (553.3).
* GERD.
* Normal stomach.
* Normal, symmetrical, and patent pylorus.
* Normal duodenum.



EG Jct                    DUODENUM                    Stomach



CARDIA

Please note the potential after effects documented in the attached Discharge Instructions sheet that you reviewed prior to the

procedure.

**Recommendations:**

* Avoid all non-steroidal anti-inflammatory drugs (NSAID's) including but not limited to Ibuprofen, Advil, Motrin, and Nuprin.
* Continue current medications.
* Follow-up appointment with referring physician.
* Watch for further bleeding.
* Start clear-liquid diet.

Reports of your procedure and these recommendations have been sent to:

* Dr. VIVEKANANDA S ADIKE (Referring Physician)

If specimens were taken during your procedure, they may take several days to be analyzed. Call your doctor's office in ten days if you have not received your results.

Recommendations on this form were provided to the patient or patient representative by:

_____

                                                          **Date**

④

and ankles and feet are hurting me so bad I can't handle the pain walking sitting or standing and not even the first lay-in. I went back on Oct. 28, 2014 to see Dr. Brazier to find out about my blood count and blood test that Dr. Hochberg ordered and Dr. Brazier told me that my blood count was pretty low and he tested my stools for blood and they were positive. He even showed me the test and showed me how to read it. I tried to get him to do something about the swelling in my lower extremites, so he said that he would order another blood test, some lasix to try and get some of the fluid off of them. However that was 10-28-14 and this is 11-6-14 and they are swelling and hurting so bad, I can't handle it because Dr. Brazier only wrote the medication for another 2 day. I prop my legs up for hours at a time and they will not go down or quit hurting. I asked Dr. Brazier about the pollup that Dr. Hochberg told me about and he told me there was no pollup and that CMMC had completely checked me for cancer and I had none. I don't believe Dr Hochberg would lie about something like that and I found the pit pictures from Greenwood Leflore Hospital marked Exibit B. Since Oct. 28 2014 I have been filing Medical slips. Most of them I guess they throw away, the rest they send back telling me that I have too many complaints on them. Exibit C. On Nov. 5, 2014 I went to the bathroom and passed 3 toilet full of blood and almost passed out in the bathroom. I told the tower and the guard told me that medical wanted me to file a another medical slip



Finally Nov. 5, 2014 after lunch I was called to medical and they told me. that they would request for me to see the doctor and I told them about me passing all the fresh blood that morning and they told me that I had seen Dr. Brazier for that on Oct. 28, 2014 and not to worry about it. Now on Nov. 6, 2014 I told Officer Caldwell in the tower how much pain I was in and that I had passed some more red blood when I went to the bathroom and the Clinic told her to tell me to put in another sick call. Officer Caldwell wrote me a note and passed it through the drawer. ~~Its~~ because I am hard of hearing and I could not hear what she was saying through the drawer. I asked her what her name was, so I could write it on the paper. she gave me. The paper is marked Exibit ②. F

_____
Affirmant

Suscribed AND SWORN TO ME, This_____ day of _____

_____
Notary Public

MY COMMISSION EXPIRES _____

I called the Clinic and spoke with Nurse Bean she says you Can't come up until you've done another sick call, stay off your feet and put them up on your rack so the swelling can go down.

Exibit F

officer
Caldwell

*Mississippi Department of Corrections*
*Inmate Legal Assistance Program Request Form*

I. Identification of Inmate: Name _____ Date _____
   MDOC# _____ Unit _____ Zone _____ Bed _____
   Custody Level: A  B  C  D  PC  AS   Work Assignment & Hours _____
II. Type of Assistance Requested:
   a.     Packet on Post-Conviction Collateral Relief
          ____ 1. First Step (basic information on when and how to file)
          ____ 2. Second Step (first step must be completed prior to this request)
   b.  ____ 42 U.S.C.A. 1983 Form (designate Northern or Southern District)
          You must provide the nature of the complaint and have completed the ARP process
   c.  ____ 28 U.S.C.A. 2254 Habeas Corpus Form (Northern or Southern District)
   d.  ____ Need to review policy on _____
   e.  ____ ARP/ARP appeal to be mailed. **DEADLINE DATE** _____

## IN ORDER TO REQUEST SERVICES BELOW THIS LINE, YOU MUST PROVIDE THE CAUSE NUMBER OF YOUR ACTIVE CASE:

   f.  Conference because I cannot read or write: (Please provide a short description of your question)

          _____
          _____

   g.  Conference because:
       1.  I need clarification on a certain area of the law:

          _____
          _____

       2.  My case has advanced to a point where I cannot proceed alone: (list last action taken)

          _____
          _____

       3.  I need **emergency assistance** in meeting a deadline on (date)_____
*(If you are requesting immediate access to the legal assistance program, prior to your regularly scheduled day, you must present paperwork verifying the deadline and inform your tower officer.)*
   h.  Copy of Cited Case(s):
       1.  _____
       2.  _____
       3.  _____
   i.  Copy of Statute(s):_____
   j.  Rules of Court: _____
   k.  Supplies:  Pen _____  Paper _____
   l.  Copies (list document to be copied)_____
   m.  Mail Services: _____
   n.  Notary Services: (ID required) List document to be notarized: _____

     By my signature affixed below, I acknowledge that MDOC Policy 20.01 provides reasonable access of Inmates to the Courts which may be used to initiate legal actions pertaining to my Mississippi sentence and/or confinement within written prescribed security and conduct limits.

     I understand that any disruptive behavior will result in my immediate removal from the Legal Assistance office. Further, I understand a rule violation report may be filed against me as a result of any disruptive behavior, use of profane language, or attempt to access legal assistance under false pretense.

     I also understand that this form must be fully completed by me unless I am unable to write. However, all requests must be **signed** by the person who is requesting assistance.

     Signed, this the _____ day of _____, 20_____ .

                          _____
                          Signature of Inmate

STATE OF MISSISSIPPI;

COUNTY OF _____

1-of-2.

DATE: _____

## AFFIDAVIT

PERSONALLY APPEARED BEFORE ME, The undersigned authority in and For The aforesaid Jurisdiction Thomas C Campbell ,- MDoc# 60119 who being first duly sworn on his/her, oath does depose and say: I, Thomas Campbell do solemnly swear That I am a citizen of The state of Mississippi, And That This Affidavit is True To The best of my belief.

On 5-9-14, I went To The clinic at 29, because I was complaining about my bleeding hemorrhoids, and The extreme amout of Pain my hemorrhoids cause me everyday. when I saw Nurse Practicioner Angela Brown , and showed her my hemorrhoids That are hanging out an inch or more, she informed me That she was going To stick her fingers inside Me To examinie me, I informed her That when Insert The hemorrhoids cacame The applicator couses me an ~~extac me~~ extreme amount of Pain. But she Proceeded To do it anyway.

①

I Told her To STOP because iT was To Painful, so she held
Me down and When I Tried To geT away from her, she
Called The officer, over To help hold me down, I was
Scueaming and caying for her To STOP. The whole Time.
She Tore my real bad, and I bleed for abouT Two weeks
before iT healed up, The door was open!, and Three Inmates
heard The whole Thing, and have agneed To TesTify, she also
did This To me on Two Move accasions and Told me thaT she
or somebody else would do ThaT To me every Time I come
in To complain abouT my hemorrhoids, she Told me ah now
I haves you Know, I did noT mean To hurT you, while I
was siTTing There caying.

_____Thomas Caophll_____
AFFirmanT

6 - 15
1 - 15

SuBSCRIBeD AND SwoRN To BEFoRE ME, This _____ day of _____

_____
NoTary Public

My commission expires_____

②

STATE OF MISSISSIPPI,

COUNTY OF _____

1-of-2.

DATE: _____

## AFFIDAVIT

PERSONALLY APPEARED BEFORE ME, The undersigned authority in and For The aforesaid Jurisdiction Thomas C. Campbell, - MDOC # 62117 _____ who being first duly sworn on his/her, oath does depose and say: I, Thomas C. Campbell _____ do solemnly swear That I am a citizen of The state of Mississippi, and That This Affidavit is True To The best of my belief.

When I first came To Unit 29 Parchman Angela Brown refused To give me any Milk of Maguesia, she Told me That I did not need iT That my hemorrhoids were fine and nothing was wrong with Them except being swollen, I had To continiously Put in medcal slips, Telling, Them I was bleeding and in an extreme amount of Pain every Time I go To The bathroom, I have chronic hemorrhoids every since I came in To The system in Feb. 2011.

①

I Told medical ThaT I could not go To The bathroom
unless I Took Milk of Maguesia, because my sTools stay
so hard ThaT They rip my and Tear me comming out on The
inside. and I have To STrain something Terrable JusT To
geT a STool To come ouT. when she would WriTe iT she
would make sure ThaT iT was Never enough for every day,
so I would STill be bleeding all The Time and burning and
hurTing every Time I go To The bathroom wiTh These
hemorrhoids iT feels like someone Tearing me from The
inside ouT.

_____
Affirmant

1-6-15

SUBSCRIBED AND SWORN To BEfoRE ME, This_____ day of_____

_____
NoTary Public

My commission expires_____

②

STATE OF MISSISSIPPI

COUNTY OF_____

1-of-2

Date :_____

## AFFIDAVIT

.PERSONALLY APPEARED BEFORE ME. The undersigned authority in
And for The aforesaid Jurisdiction Thomas E. Campbell
MDOC # Co2117 who being first duly sworn on his/her oath,
does depose and say: I Thomas E. Campbell do solemnly
swear That I am a citizen of The state of mississippi, And That
This Affidavit is True To The best of my belief.

· On August 28th during my medical visit I informed

Aagela Brown That I needed some more Proctozone for my

hemorrholds becouse it's The only Thing That does not

burn when I medicate my hemorr holds and she Told me

To Shutt-up That I did not need it, she Told me

on Two Previous occasions That she had ordered it. but

instead I receveed regular creame whoch I have Told

Aagela Brown That it feels like a blowTorch burning me—

①

when I use regular hemorrhoid medication,
Dr. Faulk oruginally ordered Proctozone For me and
now Aagela Brown refuses To give me any Thing ThaT
helps, I also informed her ThaT my Malk of magaeslu
rans ouT sepT, 14-2014, and asked her To Please ref,'ll,'T
and agair she Told me To shoTT-up. and ThaT I would
be O.K. An Also on Two more occasions ~~she Thea~~ I have
asked her To refill The Milk of magvesia and she refuses
serg eaT Paige was sTavding There The whole Time and
so was inmate Farley #39211.

_____
AffirmanT

1-6-15
SUBSCRIBED AND SWORN To BEFoRE ME, This _____ day of _____


_____
NoTary public


My commission expires_____

②

STATE OF MISSISSIPPI

COUNTY OF_____

1-of-2

DaTe : _____

## AFFIDAVIT

PERSONALLY APPEARED BEFORE ME, The undersigned authority in and for The aforesaid Jurisdiction Thomas E Campbell ,- MDOC # 61117 who being first duly sworn on his/her, oath does depose and say; I, Thomas E. Campbell do solemnly Swear That I am a citizen of The State of Mississippi, And That This Affidavit is True To The best of my belief.

On August 28th I askde Nurse Burchfield To look at my diet Plan, That Dr. Hochberg Put me on April 28th 2014 which consisted of 3000 calories and a sanck bag at night because Of all The weight I have lost Siace being Put at Parchmunt, She Told me That Angela Brown had overode iT and chavged iT from 1 year To 90 days, She Told me ThaT She had looked iT up for LT. Hardiman and searoeat williams ThaT works E-Bulding from 8-Pm and she Knew ThaT iT was suppose To −

0

run until April 28th of 2015 I have lost 45 pounds since Feb. 7. 2014 100 there is no reason to take the extra food away from me, not when I am still losing weight every month.

_____ Thomas Campbell
Affirmant

1-6-15

SUBSCRIBED AND SWORN TO BEFORE ME, This _____ day of_____

_____
Notary Public

My commission expires_____

②

STATE OF MISSISSIPPI;

COUNTY OF _____

1-of-2

DATE: _____

## AFFIDAVIT

PERSONALLY APPEARED BEFORE ME, The undersigned authority in and for The aforesaid Jurisdiction Thomas E. Campbell _____, MDOC # Co2119 _____ who being first duly sworn on his/her, oath does depose and say: I, Thomas E. Campbell _____ do solemnly swear That I am a citizen of The State of Mississippi, And That This Affidavit is True To The best of my belief.

I put in a 5th medical request on, 8-30-14, and was called on 9-2-14 but They never Took me To medical, I have a rash on my legs and arms That is spreading and leaving dime size scars but The last Two Times I Told Angela Brown about iT she refused To give me any medicine for iT. or To even examinie The rash and Try To Tell me whaT was Causing, iT, She Told me To ShuTT up, and To quiT worring her. Inmate Farley #39211 was ouT side The door —

0

With the door wide open and he heard everything, I went back to medical again for a cold, the rash and the swelling in my feet and legs on 9-4-14 and I finally begged Angela Brown to give me some fluid pills for the swellings and she told me she, was going to do a biespy or the spots on my legs, but this is 9-9-14, and she still has not done any thing for the rash and it is getting worse. My feet and legs are swelling so bad during the day, by the time we go back to eat at 5:00 PM they are so bad I can hardly walk, Angela Brown told me that I did not need a lay-in that I would be alright just guit worring her, I Prop my legs up for 3 or 4 hours every night and they still only go down, a little bit, she still will not do any testing to find out why they are swelling.

_Thomas Campbell_
AFFIRMANT

1-6-15

SUBSCRIBED AND SWORN TO BEFORE ME, This_____ day of_____


_____
Notary Public


My commission expires_____

②



**STATE OF MISSISSIPPI**
**DEPARTMENT OF CORRECTIONS**
**CHRISTOPHER EPPS**
**COMMISSIONER**

**Superintendent**
**Mississippi State Penitentiary**

Post Office Box 1057
Parchman, Mississippi 38738
(662)745-6611

August 19, 2014

Inmate Thomas Campbell # 62117
Unit 29-E

RE: HOW TO ENTER THE ARP PROCESS

It is suggested that you use the following guidelines as a checklist before resubmitting your "ARP" to ensure your request is accepted and handled by the Administrative Remedy Program.

☐ (1) Send a letter to the Legal Claims Adjudicator, P.O. Box 609, Parchman, MS 38738. The letter should be as brief as possible. Present as many facts as possible to answer all questions (who, what, when, where, how). **You must send this letter through Inmate Legal Assistant Program. It will not be accepted by our office in the regular mail.**

☐ (2) The original letter **must contain** the phrase **"This is a Request for Administrative Remedy" must be signed** in order to enter the ARP process.

☒ (3) Only one complaint/request will be accepted. If your letter contains more than one complaint/request, it will be rejected and returned to you.

☐ (4) The Administrative Remedy Program does not accept petitions or filing on behalf of another inmate. A single complaint must be filed by each individual inmate.

☐ (5) Make a copy of your letter and retain it for your records. You will not receive your original letter back and the institution is not responsible for furnishing you with a copy of your letter. If your letter concerns an RVR, a **completed** copy must be sent.

☐ (6) Your letter must be sent within thirty (30) days of an alleged event. (Unless in a case where you were ill and unable to write, etc.)

☐ (7) The volume of the attached material is too great.

Sincerely,

David Petrie
Administrative Remedy Program

DP:
PC: Inmate file

**INMATE RECEIPT**

# MISSISSIPPI DEPARTMENT OF CORRECTIONS

## Administrative Remedy Program

ARP # _MSP_ - _14_ - _2354_

Date: _11.4.14_

Received By: _Thomas Campbell_

Witness: _K. Ofmal_

_____ Form ARP-1 — Offender's relief form

___✓___ Form ARP-2 — 1st step response

_____ Form ARP-3 — 2nd step response

_____ 5-Day extension

_____ Step 2 denial

_____ Rejected

_____ Letter #

_____ Other

**1st page of this receipt is to be returned to the Legal Claims Adjudicator to become part of inmate's ARP file**

**YELLOW COPY - INMATE**

## MISSISSIPPI DEPARTMENT OF CORRECTIONS
### Administrative Remedy Program

ARP-2

NUMBER MSP - 14 - 1587

## FIRST STEP RESPONSE FORM

Type or use ball point pen. You must return your response to the Legal Claims Adjudicator within 30 days of the date the request was initiated.

TO: Thomas Campbell # 62117     29E

Inmate's Name and DOC#          Housing Unit

FROM: Roger Davis          Food Service Director/m PAE

Person to whom 1st Step is Directed     Title/Location

If you are not satisfied with this response, you may go to Step Two by checking below and forwarding to the ARP Legal Claims Adjudicator within 5 days of your receipt of this decision.

I am in receipt of your letter concerning the diet TRAY. According to offender TRAK you came back To MSP on February 7th. I have Researched all diet orders since January 25th & cannot find a medical diet order for you. I will Check with the medical Department to see if they have it in their system. If so I will make sure you are added to our list. THE 3000 calorie diet you are Referring to is about the same amount of calories that we Serve on a Regular excluding the snack Bag. This diet also does not Contain CAKE. This diet is for Diabetic patients. When I find out about your diet. I will write you + let you know the outcome

_____ Signature          7-7-2014. Date

(X) I am not satisfied with this response and wish to proceed to Step Two.
REASON:

Dr Hotchberg put me on the 3,000 calorie diet 3 mnth ago.

( ) I wish to cancel this complaint. You do not have to return this and time limit will cancel complaint.

Thomas Campbell     62117          7-17-14

Inmate's Signature     DOC#          Date

**Inmate's - COPY**

## MISSISSIPPI DEPARTMENT OF CORRECTIONS
### Administrative Remedy Program

ARP-2

NUMBER _MSP_ - _14_ - _2354_

## FIRST STEP RESPONSE FORM

Type or use ball point pen. You must return your response to the Legal Claims Adjudicator within
30 days of the date the request was initiated.

TO: _Thomas Campbell_ # _62117_     _29E_

Inmate's Name and DOC#       Housing Unit

FROM: _Paul Madubuonwu HuC_     _442_

Person to whom 1st Step is Directed     Title/Location

If you are not satisfied with this response, you may go to Step Two by checking below and forwarding to the ARP Legal Claims
Adjudicator within 5 days of your receipt of this decision.

_You will be scheduled to see_
_the medical director._

_Signature_        _10/2/2014_ Date

☒ I am not satisfied with this response and wish to proceed to Step Two.
REASON:

_I have been told I would see a Medical director numerous_
_times before and I never get to see anyone or the_

( ) I wish to cancel this complaint. You do not have to return this and time limit will cancel complaint.

_Thomas Campbell_   _62117_     _11-4-14_

Inmate's Signature    DOC#        Date

**Inmate's - COPY**

ARP          C-3   Exhibit H.          Copy          (1)

Administrative Remedy Program     RECEIVED

AUG 18 2014

From: Thomas E. Campbell #62117   29E, A-zone, Bad-19   MSP-ARP

C3-9-14

This is a request for administrative Remedy.

I have been filing medical slips, asking for help and relief of pain and to see a specialist for my hemorrhoids since 2011. I have been telling the doctors about my bleeding every time I go to bathroom and about the extreme pain it is causing me everyday when I go to the bathroom. I have to beg for medication ointment and Milk of Magnesia. I told Nurse Brown about my hemorrhoids when I first met her and she told me there was nothing wrong except swollen and that the piece hanging out was only skin. Every time I go to the bathroom it feels like someone nipping me from the inside out. The last 3 times, I have been called for my hemorrhoids after putting in 4 or 5 slips each time. Nurse Brown has inserted her fingers into my rectum forcefully with me screaming for mercy. I have several wittness because they did not close the door. On the 28th of July she inserted her fingers in my rectum with me begging her to stop and I had to squirm off the bed to get away from her and she ripped me about an inch going into my rectum that still is bleeding and has not healed up and it has been almost two weeks. She told me that every time I came into complain about my hemorrhoids that she or somebody else would have to insert their finger into check my hemorrhoids. When every other doctor has looked at my hemorrhoids, and simply said "Oh My God they are bad!!!"

I saw a doctor in Jackson last year about the bulging discs in my neck in between C5 and C6 and C6 and C7 with a pinched nerve on the left side, that an mri in the first of 2013 that shows this. The doctor in Jackson said that I needed surgery and that was June of 2013 and still nothing has been done. The pain feels like someone has a knife stuck in my neck twisting it. When I complain to the doctors or mostly Nurse Brown they threaten to take away my pain medications that I am on now instead of trying to treat the problem. I saw Dr. Lavine on 8-7-2014 and was trying to explain everything going on with my body and I told him about what Nurse Brown had done with her finger about ripping me and violating me. He told me that it sounded like Nurse Brown knew more about me and my problems, even though she had just ripped my rectum, so he went on got her. Nurse Brown has been giving me my medications here lately for a month or so without making me beg too much. But she still will not let me see a specialist and she has violated my rights and dignity 3 times without my permission.

I have been telling Nurse Brown and Dr. Hochberg about my weight loss since January and I have lost 30 pounds since January, from 202 lbs to 172 lbs. Dr. Hochberg put me on a special diet, 3,000 calories and a snack bag at night but no one will acknowledge it. Nurse Brown wont even help me get the proper paper work sent to the food staff so I can get the extra food. She continues to say that it is normal for me to be 6'5" and a 172 lbs and that I am not under weight for my size.

I have not seen 172lbs since I was 12 or 13 years old. Dr. Burke ordered a bunch of blood test and some other test several months ago and a colonostomy that was never done. He also put me down to be admitted to 42 hospital so they could find out what is causing the weight loss and to check my hemorrhoids but when I went to 42 to be admitted Dr. Hochberg said that the test could be done without admitting me. The next day they called me to 42 and they could not find out why I was even at 42 and there was never anything done about the test. Nurse Brown told me on 8-7-14 that it was normal for me to lose all that weight and that everything was normal about my size.

I have been having a lot of problems with my left leg, my left ankle and foot. Also with my right leg an ankle witt alot of swelling and serious pain when I stand and even when I am sitting when they are swollen. I have been telling them about the shooting pain in my left leg and the pain in my left foot since 2011. that is why I have a cane because when I was in 30 they would make us stand for long periods of time and I would be in extreme amounts of pain standing. I would or a lay'in for a few days until the pain eases up because when we go back to eat they make us stand so long I have fell twice because y ankles and legs are getting so weak. Nurse Brown says that they will not let her write a lay-in or she will get in trouble. Why do I have to put up with so much pain just because she does not want to get in trouble

## Remedy

I need some pain relief for my neck my hemorrhoids and my feet and ankles. I want to and ~~also~~ need to see a specialist or my hemorrhoids and if I need surgery then lets do it. I also want to talk to an outside person and to see ~~a do~~ an outside doctor about what Nurse Brown sid to me 3 times when she violated me and my rights as an inmate and paitent. When she ripped me open an inch or more going into my rectum. When she did it I was kicking and screaming and crying for her to stop infront of a guard and other inmates listening with the door open.

Thomas Campbell

#6211)

29E, A-zone, Bed-D

**INMATE RECEIPT**

# MISSISSIPPI DEPARTMENT OF CORRECTIONS

## Administrative Remedy Program

ARP # *MSP* - *14* - *1146*

Date: _____ *5-13-14* _____

Received By: _____ *Thomas Campbell* _____

Witness: _____ *Officer Brune d'Amore* _____

_____ Form ARP-1 — Offender's relief form

\_\_✓\_\_\_ Form ARP-2 — 1st step response

_____ Form ARP-3 — 2nd step response

_____ 5-Day extension

_____ Step 2 denial

_____ Rejected

_____ Letter #

_____ Other

**1st page of this receipt is to be returned to the Legal Claims Adjudicator to become part of inmate's ARP file**

**YELLOW COPY - INMATE**

ARP-2

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## Administrative Remedy Program

NUMBER _USP_ - _14_ - _1146_

## FIRST STEP RESPONSE FORM

Type or use ball point pen. You must return your response to the Legal Claims Adjudicator within 30 days of the date the request was initiated.

TO: _Thomas Campbell_ #62117 _29 E_
Inmate's Name and DOC#                    Housing Unit

FROM: _Dr. Lochburg, MD - McClenry_ _442_
Person to whom 1st Step is Directed          Title/Location

If you are not satisfied with this response, you may go to Step Two by checking below and forwarding to the ARP Legal Claims Adjudicator within 5 days of your receipt of this decision.

_I will have you seen by a provider to discuss your complaints._

_____ MD          _5/1/14_
Signature                                    Date

( ) I am not satisfied with this response and wish to proceed to Step Two.
   REASON:

_____

_____

( ) I wish to cancel this complaint. You do not have to return this and time limit will cancel complaint.

_____     _____     _____
Inmate's Signature              DOC#                   Date

**Legal Claims Adjudicator - ORIGINAL**

INMATE RECEIPT

# MISSISSIPPI DEPARTMENT OF CORRECTIONS

## Administrative Remedy Program

ARP # _MSP_ - _13_ - _2288_

Date: _11-26-13_

Received By: X _Thomas Campbell_ X _68117_

Witness: _Laddison_  _MI_

_____ Form ARP-1 — Offender's relief form

✓ Form ARP-2 — 1st step response

_____ Form ARP-3 — 2nd step response

_____ 5-Day extension

_____ Step 2 denial

_____ Rejected

_____ Other

**1st page of this receipt is to be returned to the Legal Claims Adjudicator to become part of inmate's ARP file**

YELLOW COPY - INMATE

ARP-2

## MISSISSIPPI DEPARTMENT OF CORRECTIONS
## Administrative Remedy Program

NUMBER _MSP_ - _13_ - _2288_

## FIRST STEP RESPONSE FORM

Type or use ball point pen. You must return your response to the Legal Claims Adjudicator within 30 days of the date the request was initiated.

TO: _Thomas Campbell #62117_ _29F_
   Inmate's Name and DOC# Housing Unit

FROM: _Lorenzo Cabe, MD Med Dir. W4L_
   Person to whom 1st Step is Directed Title/Location

If you are not satisfied with this response, you may go to Step Two by checking below and forwarding to the ARP Legal Claims Adjudicator within 5 days of your receipt of this decision.

_You Saw me on 9/30/13 and was
Prescribed medication and educated what
to do to try to alleviate the discomfort you
feel from your hemorrhoids. On 11/5/13
you came to UG1 Clinic to see the provider
but you left before you were seen. You
will be evaluated in the near future
to be evaluated for your complaint —_

_____   _11/15/17_
Signature                            Date

( ) I am not satisfied with this response and wish to proceed to Step Two.
   REASON:

_____

_____

( ) I wish to cancel this complaint. You do not have to return this and time limit will cancel complaint.

_____   _____   _____
Inmate's Signature      DOC#         Date

**Legal Claims Adjudicator - ORIGINAL**

To: Dr. Gloria Perry
From: Thomas Campbell #62117
30-B A-Zone Bed-60

I am writing to you concerning the pain that I am in. ~~I have disc protrusion at C6-C7 with foraminal stenosis on the Left at C6-C7 and C5-C6.~~ My neck feels like someone has a knife stuck in it twisting it. My lower back hurts all the time. When I put weight on my left side, I have shooting pain down my left side all the way to my toes. ~~Dr. Strong states that there is evidence on my nerve conduction studies and EMG of peripheral neuropathy in my lower extremity.~~ I am in a constant amount of pain. I am on Tegretol and neurotin for pain but it does not stop the larger amount of pain. I am also on Stelizine, RimRon, Thorizine and cogentin for psych medication

I need to be sent to a specialist and sent to 720 for better medical treatment. I am not recieving proper medical treatment here. The doctors here don't even speak English let alone understand English. I got to see Dr. Bevins one time and he said he was going to work with me on my pain before he left. Will you please try to get me to a specialist or ~~at least~~ moved to 720 so I ~~a~~ can recieve proper medical attention. I am sending a letter from my ~~doctor and~~ lawyer and a letter from my doctor, Dr. Robert C. Strong which will prove that I have good reasons to be

complaining about being in pain.
All I am asking for is to be sent
to 720 where they have doctors
that are able to treat me for
my pain and problems that I have.

ARP



# Administrative Remedy Program

From: Thomas E. Campbell 62117    29 E, A-zone, Bed-15

8-9-14

This is a request for administrative Remedy

I have been filing medical slips, asking for help and relief of Pain and to see ~~someone~~ a specialist for my hemorrhoids since 2011. I have been telling the doctors about my bleeding everytime I go to the bathroom and about the extreme Pain it is causing me everyday when I go to the bathroom. I have to beg for medication ointment and milk of magnesia. I told Nurse Brown about my hemorrhoids when I first met her and she told me there was nothing wrong except swollen and that the Piece hanging out was only skin. Everytime I go to the bathroom it feels like some one ripping me from the insides out. The last 3 time I have been called after Putting in 5 or more slips each time. Nurse



Brown has inserted her finger into my rectum forcefully with me screaming for mercy. On the 28th of July she inserted her fingers in my rectum with me begging her to stop and I had to squirm off the bed to get away from her and she ripped me about an inch going into my rectum that still has not healed up and it has been almost two weeks. She told me that every time I came in to complain about my hemorrhoids that she or somebody else would have to insert their fingers in to check My hemorrhoids when every other doctor has simply looked at them and said "Oh My God they are bad".

I saw a doctor in Jackson Last year about the bulging disc in my neck and he said that I needed surgery and that was last June and I complain about it. When am experiencing, It feels like someone

③

has a knife stuck in my Neck twisting it, Nurse Brown threatenes to take away my medications that I am getting now if I keep complaining on August 7th I saw Dr Lavine 8-7-2014 and was trying to explain what all was going on and I told him about the finger incident he said that it sounded like she knew more about my problems than he did so he whet and got her. Nurse Brown has been giving me my medications here for a month or so without making me put in ten slips and begging, but she still will not let me see a specialist and she has violated my (Rights) Personal dignity 3 times without any permission. I have been telling Nurse Brown and Dr. Hotchberg about my weight loss since January and I have lost down from 202 in January to 172 now, Dr Hotchberg put me on a

④

special diet 3000 calories and a snack bag at night but no one will acknowledge acknowledge it. Nurse Brown continues to say that it is normal and that I am not under weight I am 6'5" and 172 pounds I have not seen that weight since I was 12 or 13 years old. Dr. Burke ordered a bunch of blood test several months ago and a colonostomy that was never done. They did these Dr. Burke also put me down to be admitted to the hospital so that they could find out exactly what was wrong with me and when I went up there to be admitted Dr. Hochberg said that they could do the test without me being in the Hospital so they sent me back. The next day they called me to 42 and they said they could not find out why I was up at 42 and there where never any thing done about any of the test. Nurse Brown Continues to say it is normal for me to be losing all this weight and to be at a 172 lbs at 6'5".

S

I have been having a lot of problems with my left leg, ~~and~~ Left ankle, and my left foot. My Right ankle and leg swells all the time. I have been telling them about my left leg and ~~foot~~ left foot since 2011 that is why I have a cane because when I was in school at 30 they would make us stand for long periods of time and I have extreme shooting pain in my left leg. I have asked for a lay in now because they are making us stand for long period of time when going to eat and I am getting weak and fell twice and having so much pain in my feet and ankles but Nurse Brown say that they won't let her write them because she will get in trouble. Why do I have to put up with so much pain Just because she don't want to get in trouble.

6

# Remedy

I need some pain relief for my neck, my hemorrhoids, my left leg and feet and ankles. I want to see a specialist for my hemorrhoids and if I need surgery on my neck then lets do it. I also want to ~~know~~ ~~what~~ talk to an outside person about what Nurse Brown did when she violated me and my rights as an inmate and paitent when ~~she~~ she nipped me ~~in~~ in my rectum when she did it when I was screaming and crying.

U.S. POSTAGE >> PITNEY BOWES

ZIP 38738
02 1W
0001376701 JAN 24 2015

$ 005.95

US #13

30

AV

RECEIVED

JAN 2 6 2015

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

Thomas Campbell
62117 29C
Foreman, MS 38738

PRIORITY®

Thomas Campbell # 62117
29 C, A-zone, Bed-9
Parchman, Ms, 38738

JACKSON MS 390

11 FEB 2015 PM 1 L

Equality
FOREVER

RECEIVED
FEB 13 2015
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

Pro Se Law Clerk's Office
United States District Court
Northern District of Ms,
301 W. Commerce St., #13
Aberdeen, Ms. 39730

39730999899