IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

THOMAS E. CAMPBELL                                                   PLAINTIFF

v.                                                                No. 1:15CV35-GHD-DAS

ANGELA BROWN, ET AL.                                           DEFENDANTS

**ORDER DENYING PLAINTIFF'S MOTION [72]
FOR EARLIER TRIAL DATE**

This matter comes before the court on the motion [72] by the plaintiff for the court to reset the trial of this matter to an earlier date. As the plaintiff has offered no reason for the court to do so, the instant request [72] is **DENIED**.

**SO ORDERED**, this, the 13th day of March, 2017.

                                                _____
                                                SENIOR JUDGE